UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-289-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| STEPHEN A. LARSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:    Conspiracy to Commit an Offense Against the United States; Theft of Firearms from a Federal Firearms Licensee

<u>Date of Detention Hearing</u>:    August 23, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant, together with three co-defendants, has been indicted for stealing

DETENTION ORDER                                                                                                                              15.13
18 U.S.C. § 3142(i)                                                                                                                          Rev. 1/91
PAGE 1

firearms from a federally licensed firearms dealer and re-selling them.

2. Defendant has an unstable work and residence history. His ties to the District are somewhat limited. He admits to recent use of controlled substances. His past criminal history includes failures to appear and failures to report to probation.

3. Defendant poses a risk of nonappearance due to limited ties to this District, lack of employment, a history of failing to appear, a history of failing to report, a history of failing to comply with court orders and use of illegal substances. Defendant poses a risk of danger due to use of illegal substances, criminal history and the nature of the current charges.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd day of August, 2007.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91